NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TIMOTHY J. TIERNEY,**
*Petitioner,*

**v.**

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2011-3159

---

Petition for review of the Merit Systems Protection Board in case no. DA3443060659-I-2.

---

## ON MOTION

---

## ORDER

Timothy J. Tierney moves without opposition to stay proceedings in this appeal pending the court's disposition of *Duncan v. Dep't of the Air Force*, 2011-3053 and for an extension of time to file his initial brief.

Tierney asserts that this case and *Duncan* both involve evidentiary issues related the proper administration

of military leave under the Uniformed Services Employment and Reemployment Rights Act of 1994.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay is granted.  Tierney is directed to inform the court within 30 days of the disposition of *Duncan* how he believes this appeal should proceed.   The Department of Justice may also respond within that time.

(2) A copy of this order shall be transmitted to the merits panel assigned to hear *Duncan*.

(3) The motion for an extension of time is denied as moot.

FOR THE COURT

DEC 0 9 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Andrew L. McNamara, Esq.
     Michael P. Goodman, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 9 2011

JAN HORBALY
CLERK